1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11 KEVON TAKASHI ROSS,

12                                        Petitioner,

13                              v.

14 BRIAN CATES, Warden,

15                                        Respondent.

16

Case No. 2:22-01327 SB (ADS)

ORDER ACCEPTING UNITED STATES
MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

18 Habeas Corpus (Dkt. No. 1), Respondent's Motion to Dismiss (Dkt. No. 9), Petitioner's

19 First Amended Petition and Opposition (Dkt. No. 13, 14), the Report and

20 Recommendation of the United States Magistrate Judge (Dkt. No. 16), and all the

21 records and files herein.  No objections were filed, and the time to do so has passed.  The

22 Court accepts the findings and recommendations of the Magistrate Judge.

23

24

Accordingly, IT IS HEREBY ORDERED:

1. The Court approves and accepts the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 16);

2. Respondent's Motion to Dismiss the Petition (Dkt. No. 9) is granted. Grounds One, Three, Four, and Five are dismissed without prejudice and Ground Two is dismissed with prejudice; and

3. Judgment is to be entered accordingly.

DATED:  June 8, 2023

_____
STANLEY BLUMENFELD, JR.
United States District Judge