JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVON TAKASHI ROSS,<br><br>                Petitioner,<br><br>                v.<br><br>BRIAN CATES, Warden,<br><br>                Respondent. | Case No. 2:22-01327 SB (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied and Grounds One, Three, Four, and Five dismissed without prejudice and Ground Two dismissed with prejudice.

DATED: June 8, 2023



STANLEY BLUMENFELD, JR.
United States District Judge